IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-81-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DEXTER CHANCE, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for reduction or early termination of his supervised release, [DE #57]. The court has carefully considered the motion and the conduct of defendant while on supervised release, and in its discretion, denies the motion.

This 17th day of January 2020.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35